PS 42
Rev 7/93

# United States District Court
### Eastern District of Arkansas

United States of America    )
        vs.    )
Donya Branch    )   Case No.   0860 4:15CR00276

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Donya Branch___, have discussed with ___Sophia Morris___, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

To get medical or psychiatric treatment, (mental health assessment and counseling)

I consent to this modification of my release conditions and agree to abide by this modification.

_____  8/30/16        _____  8/30/16
Signature of Defendant        Date           Pretrial Services Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  9/16/16
Signature of Defense Counsel        Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on 9/19/16.
☐ The above modification of conditions of release is not ordered.

_____  9/19/16
Signature of Judicial Officer        Date